CLARE K. MALOY, Appellant, *v.* MARGUERITE MONTGOMERY, as Executrix of JAMES H. MONTGOMERY, Deceased, Respondent.

(Argued October 20, 1936; decided November 24, 1936.)

*Adolph J. Rodenbeck* and *Thomas P. McCarrick* for appellant.

*J. Emmett O'Brien* for respondent.

Judgment affirmed; with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.